**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| STEPHEN I. O.[1], | : | |
| | : | Civil Action No. |
| Petitioner, | : | 20-13153 (JMV) |
| | : | |
| v. | : | **OPINION & ORDER** |
| | : | |
| WILLIAM ANDERSON, | : | |
| | : | |
| Respondent. | : | |

**VAZQUEZ, District Judge:**

Before the Court are Angelina Nkoli Okwuego's motions for an injunction and to vacate immigration proceedings. (D.E. 13, 14.) Mrs. Okwuego is not a party in this case, and she is not an attorney. Rather, she is the Petitioner's wife. As Mrs. Okwuego is not a party in this case, she may not file motions of this type or seek injunctive relief in this Court. *See, e.g.*, *Dail v. City of Goldsboro*, No. 10-451, 2011 WL 2293904, at *1 (E.D.N.C. June 9, 2011). To the extent she is attempting to represent her husband's interests, Mrs. Okwuego, as a layperson, cannot represent another party or file motions on behalf of her husband. *See, e.g.*, *Schlemmer v. Cent. Intelligence Agency*, 804 F. App'x 127, 128 (3d Cir. 2020) (holding that a "non-attorney cannot represent another party"). For those reasons, the Court will deny Mrs. Okwuego's motions. Accordingly,

**IT IS**, on this 7th day of January 2021,

---

[1] The Petitioner is identified herein only by his first name and the first initials of his surnames in order to address certain privacy concerns associated with § 2241 immigration cases. The identification of Petitioner in this manner comports with recommendations made by the Judicial Conference of the United States' Committee on Court Administration and Case Management.

2

**ORDERED** that Mrs. Okwuego's motion for an injunction and motion to vacate immigration proceedings, (D.E. 13, 14.), are **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Opinion and Order on Petitioner and Mrs. Okwuego by regular U.S. mail.

                                                                                                                                  _____
                                                                                               JOHN MICHAEL VAZQUEZ
                                                                                                United States District Judge